People v Jennings (2024 NY Slip Op 50137(U))

[*1]

People v Jennings (Pierre)

2024 NY Slip Op 50137(U)

Decided on February 14, 2024

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on February 14, 2024
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Hagler, P.J., Brigantti, Perez, JJ.

570680/19

The People of the State of New York, Respondent,
against
Pierre Jennings, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Bahaati E. Pitt, J.), rendered September 18, 2019, convicting him, upon his plea of guilty, of criminal trespass in the second degree, and imposing sentence.

Per Curiam.
Judgment of conviction (Bahaati E. Pitt, J.), rendered September 18, 2019, reversed, on the law, the accusatory instrument dismissed, and surcharge, if paid, remitted.
Reversal of the judgment of conviction and dismissal of the accusatory instrument charging defendant with criminal trespass in the second degree (see Penal Law § 140.15[1]) is mandated since, as the People concede, the allegations in the accusatory instrument were jurisdictionally insufficient to meet the "dwelling" element of the offense.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: February 14, 2024